IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02157-DDD-KAS

BUDAEV CHINGIS,

     Petitioner,

v.

GEORGE VALDEZ, acting in his official capacity of the United States Immigration and Customs Enforcement Denver Field Office Director,
GEO GROUP, INC,
DAVID VENTURELLA, Acting Director of the Department of the U.S. Department of Immi-grations and Customs Enforcement,
U.S. DEPARTMENT OF IMMIGRATION AND CUSTOMS ENFORCEMENT,
MARKWAYNE MULLIN in his official capacity as Secretary of the Department of Homeland Security,
THE DEPARTMENT OF HOMELAND SECURITY, and
TODD BLANCHE, in his Official Capacity as Acting Attorney General of the United States of America,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed June 29, 2026, and the Order, entered July 17, 2026 by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 17th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk

3